1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7                          IN THE UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

10 | ARMANDO IRENE, ET AL.,            | CASE NO. 2:23-CV-00407-DJC-KJN |
11 |                        Plaintiffs,| STIPULATION AND ORDER FOR FIRST |
   |                                   | EXTENSION OF TIME |
12 |          v.                       |
13 | U.S. CITIZENSHIP AND IMMIGRATION  |
   | SERVICES, ET AL.,                 |
14 |                                   |
15 |                        Defendants.|

16

17

18        The Defendants respectfully request a first extension of time in which to respond to the

19 Complaint, and counsel for Plaintiff does not oppose.  This case concerns Plaintiff's petition for alien

20 relative and application to adjust status, which Plaintiff filed with U.S. Citizenship and Immigration

21 Services ("USCIS") in July 2021.  USCIS has scheduled an interview on Plaintiffs' petition and

22 application for May 1, 2023.  The parties anticipate that USCIS will proceed to complete adjudication of

23 Plaintiffs' petition and application after the interview is complete, thereby rendering this matter moot.

24 ///

25 ///

26 ///

27 ///

28
                                                    1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 7, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 14, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHRISTINA SULLIVAN
CHRISTINA SULLIVAN
Counsel for Plaintiff

ORDER

**IT IS SO ORDERED.**

Dated:  April 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE